IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**GINA RUSSELL**                                    05cr20357-2-B

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on *October 19, 2005* the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME *L. McCluskey* _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:924(c)
VIOLENT CRIME/DRUGS/MACHINE GUN

Attorney assigned to Case: D. Henry

Age: *43*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on *10-20-05*

(14)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20357 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT